IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RAMONA WELLS,**
**wife of Richard Brown, Deceased,**

      **Plaintiff,**

    **vs.**　　　　　　　　　　　　　　　　　　Cause No.  06-CV-473 DRH

**GILSTER-MARY LEE CORPORATION,**

      **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.--------------------------------------------------------------------------

                                     **NORBERT G. JAWORSKI, CLERK**

April 18, 2007　　　　　　　　　　　　By:  s/Patricia Brown
                                                              Deputy Clerk

APPROVED: /s/     David   RHerndon
                  **U.S. DISTRICT JUDGE**